**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 01-40237

KENNETH SINGLETON

Plaintiff - Appellee

VERSUS

SOUTHWESTERN ELECTRIC POWER COMPANY

Defendant - Appellant

Appeal from the United States District Court
for the Eastern District of Texas
2:99-CV-141

February 20, 2002

Before GARWOOD, JOLLY, and DAVIS, Circuit Judges

PER CURIAM[*]

After carefully reviewing the record, and considering the briefs and argument of counsel, we are persuaded that the record evidence is sufficient to support the jury's finding that SWEPCO retaliated against Singleton, by placing him on unpaid leave from

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

December 1995 until August 1996, when Singleton complained that he was the object of discriminatory employment practices.

Because the verdict is supported by sufficient evidence and we find no other reversible error, the judgment of the district court is affirmed.

     AFFIRMED.